United States District Court
Southern District of Texas
**ENTERED**
December 05, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNIQUE DEVELOPMENT GROUP, LLC | § § § | |
| VS. | § | CIVIL ACTION NO.: 18-cv-04542 |
| NORMANDY CAPITAL TRUST and COHEN FINANCIAL | § § § § | |

## ORDER ON JOINT MOTION FOR CONTINUANCE OF TRIAL DATE AND SCHEDULING ORDER

On this day came on for consideration the Joint Motion for Continuance of Trial Date and Scheduling Order filed by the parties in this matter. The Court, having reviewed the joint motion and scheduling order is of the opinion that the motion should be granted. It is, therefore,

ORDERED that the parties' motion is GRANTED and the Scheduling Oder is amended, as follows:

| | |
|---|---|
| Mediation/ADR Deadline | February 7, 2020 |
| Discovery Deadline | March 6, 2020 |
| Dispositive Motions Deadline | April 3, 2020 |
| Docket Call | June ___, 2020 |

SIGNED this _5_ day of _Dec._____, 2019.

NANCY K. JOHNSON
United States District Magistrate Judge