# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNIQUE DEVELOPMENT GROUP, LLC, | § § § § § § § § § § § § § | |
| *Plaintiff,* | | |
| v. | | CIVIL ACTION 4:18-cv-04542 |
| NORMANDY CAPITAL TRUST AND COHEN FINANCIAL, | | |
| *Defendants.* | | |

### DEFENDANTS' NOTICE OF NO RESPONSE TO MOTION FOR PARTIAL SUMMARY JUDGMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Defendants Normandy Capital Trust ("Normandy") and Cohen Financial ("Cohen") (collectively "Defendants") respectfully notifies the court as follows:

### INTRODUCTION AND FACTS

On January 22, 2021, Defendants filed their Motion for Partial Summary Judgment ("Motion"). Dkt. No. 49. Plaintiff's response to the Motion was due February 12, 2021. *See* S.D. TEX. L. R. 7.3. As of the date of this notice, Plaintiff has not submitted a response to the Motion.

As no response has been filed, the Court may consider the Motion as unopposed. *See* S.D. TEX. L. R. 7.4 ("Failure to respond to a motion will be taken as a representation of no opposition.").

# CONCLUSION

Accordingly, Defendants request that the Court grant the unopposed Motion for Partial Summary Judgment, and for all other and further relief to which they may be entitled.

Respectfully Submitted,
**MCCARTHY & HOLTHUS, LLP**

*/s/ Brandon Hakari*
Brandon Hakari / TBN: 24107552
Cole Patton / TBN: 24037247
1255 West 15th Street, Suite 1060
Plano, TX  75075
Phone: 214.291.3800
Fax: 214.291.3801
bhakari@mccarthyholthus.com

**ATTORNEYS FOR DEFENDANTS**
**NORMANDY CAPITAL TRUST AND**
**COHEN FINANCIAL**

# CERTIFICATE OF SERVICE

I hereby certify that I submitted the foregoing to the clerk of the United States District Court, Southern District of Texas using the electronic case filing system of the Court, and that I served all counsel of record listed below in accordance with Federal Rule of Civil Procedure 5(b)(2) on Wednesday, February 17, 2021.

William B. Underwood, III
**UNDERWOOD * JONES * SCHERRER, PLLC**
5177 Richmond Avenue, Suite 505
Houston, Texas 77056
**COUNSEL FOR PLAINTIFF**

*via CM/ECF*

*/s/ Brandon Hakari*
Brandon Hakari
